STATE v. EPPLEY

No. 22.

Case below: 14 N.C. App. 314.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 31 July 1972.


STATE v. GIBSON

No. 23.

Case below: 14 N.C. App. 594.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 August 1972.


STATE v. HAIGLER

No. 133 PC.

Case below: 14 N.C. App. 501.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.


STATE v. HARRISON

No. 124 PC.

Case below: 14 N.C. App. 450.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.


STATE v. HART

No. 111 PC.

Case below: 14 N.C. App. 120.

Petition for writ of certiorari to North Carolina Court of Appeals denied for lack of merit 31 July 1972.